May Term,
1803.

*Per Curiam.* We see no objection to it at present.

Rule accordingly.

### *A. M'Gregor* v. *C. Loveland.*

### *The same* v. *John B. Arnet.*

### *The same* v. *The same.*

THIS was a question of practice, submitted to the decision of the court on the following statement :

The above suits were brought on notes exceeding two hundred and fifty dollars each ; afterwards a sum of money was paid, and security given by *Loveland,* the indorsor, by which the amount was reduced below 250 dollars : *cognovits* were then given for the residue by each defendant. It was understood at the time, by the defendant's attorney, that the judgments should carry supreme court costs. *Query.* May not the clerk tax them accordingly ?

*Per Curiam.* No : the plaintiff should have taken his *cognovit* and entered his judgment for a sum above 250 dollars, to entitle to supreme court costs ; they cannot otherwise be allowed.

### *James and Samuel Watson* v. *Frederick Depeyster & Co.*

THIS and three other suits were commenced, against the above defendants and several others, on a